UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HILTZ, <br> ARTHUR JOST, <br> MICHAEL MACHADO, and <br> TIMOTHY PALMER, <br>     Plaintiffs <br><br> V. <br><br> THE HAWK EYE FISHING CORP., <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SEAMAN'S DECLARATION

I, DAVID J. BERG, attorney for the Plaintiff in the above-entitled action, do on oath depose and say as follows:

1. The Plaintiffs in the above entitled action were seamen and claim the benefits of the United States Code, Title 28, Section 1916, which provides that:

"In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                Respectfully submitted for
                                                the Plaintiffs, by their attorney,


                                                /s/ David J. Berg_____
                                                David J. Berg, Esq.
                                                Latti & Anderson LLP
                                                30-31 Union Wharf
                                                Boston, MA 02109
                                                617-523-1000

Dated: January 4, 2010